

FILED
CLERK, U.S. DISTRICT COURT

JUN 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SYLVIA ROMERO-LEMUS,<br><br>    Defendant. | NO.: CR 12-01592-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if

1  released under 18 U.S.C. § 3142(b) or (c). This finding is
2  based on the absence of bail resources to mitigate the risk of
3  flight;
4  and
5  B.  (X)  The defendant has not met her burden of establishing by
6  clear and convincing evidence that she is not likely to pose a
7  danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is
9  based on her continuing use of illegal drugs.
10 IT THEREFORE IS ORDERED that the defendant be detained pending
11 the further revocation proceedings.

DATED: June 29, 2012

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE